## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROMEO GLOVER and FATIMA GLOVER,** | **CIVIL ACTION** |
| **Plaintiffs,** | |
| **v.** | |
| | **NO. 18-56** |
| **TACONY ACADEMY CHARTER SCHOOL, AMERICAN PARADIGM SCHOOLS, NAIMAH HOLLIDAY, LISA KELLY, ZITA COLLINS, NAIDA MIRANDA, ASHLEY REDFEARN, JOHN MCDONALD, ANITA VEGA-KAISER, BARBARA SAUNDERS, LISA JOHNSON AND TACONY ACADEMY CHARTER SCHOOL BOARD OF TRUSTEES,** | |
| **Defendants.** | |

## O R D E R

**AND NOW**, this 21st day of June, 2018, upon consideration of American Paradigm Schools' Motion to Dismiss (ECF No. 35), Plaintiff's Response thereto (ECF No. 45), and Defendant's Reply in Further Support Thereof (ECF No. 48), **IT IS ORDERED** that the Motion is **GRANTED**. Plaintiff's claims against American Paradigm Schools are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that upon consideration of the TACS Defendants' Motion to Dismiss (ECF No. 33), Plaintiff's Response thereto (ECF No. 46), and the TACS Defendants' Reply in Further Support thereof (ECF No. 49), **IT IS ORDERED** that Defendants' Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

(1) Defendants' Motion to Dismiss Count One (Retaliation under 42 U.S.C. § 1983) is **DENIED WITHOUT PREJUDICE**.

(2) Defendants' Motion to Dismiss Count Two (Negligent Infliction of Emotional Distress) is **DENIED WITHOUT PREJUDICE**.

(3) Defendants' Motion to Dismiss Count Three (Intentional Infliction of Emotional Distress) is **GRANTED**.  Count Three is **DISMISSED WITH PREJUDICE**.

(4) Defendants' Motion to Dismiss Count Four (Negligent Infliction of Emotional Distress) is **DENIED WITHOUT PREJUDICE**.

(5) Defendants Motion to Dismiss Count Five (defamation) is **GRANTED IN PART AND DENIED IN PART** as stated in the accompanying Memorandum Opinion.

(6) Defendants' Motion to Dismiss Count Six (loss of consortium) is **GRANTED**. Count Six is **DISMISSED WITH PREJUDICE.**

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**