# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROMEO GLOVER and FATIMA GLOVER,<br>       Plaintiffs,<br><br>v.<br><br>TACONY ACADEMY CHARTER SCHOOL, AMERICAN PARADIGM SCHOOLS, NAIMAH HOLLIDAY, LISA KELLY, ZITA COLLINS, NAIDA MIRANDA, ASHLEY REDFEARN, JOHN MCDONALD, ANITA VEGA-KAISER, BARBARA SAUNDERS, LISA JOHNSON AND TACONY ACADEMY CHARTER SCHOOL BOARD OF TRUSTEES,<br>       Defendants. | CIVIL ACTION<br><br><br>NO. 18-56 |

## O R D E R

**AND NOW**, this 28th day of September, 2018, upon consideration of American Paradigm Schools' ("APS") Motion to Dismiss (ECF No. 60 & 73) and Plaintiffs' Response thereto (ECF No. 68), **IT IS ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

    (1) Defendants' Motion to Dismiss Count One (Retaliation under 42 U.S.C. § 1983) is **GRANTED**. Count One is **DISMISSED WITH PREJUDICE**.

    (2) Defendants' Motion to Dismiss Count Two (Negligent Infliction of Emotional Distress), Count Three (Negligent Infliction of Emotional Distress) and Count Four (defamation) is **DENIED**.

**IT IS FURTHER ORDERED** that upon consideration of the APS's Motion to Dismiss (ECF No. 67), TACS Defendants' Response thereto (ECF No. 70), and APS's Reply in Further Support thereof (ECF No. 73), that APS's Motion is **DENIED WITHOUT PREJUDICE.**

**BY THE COURT:**

**/s/ Wendy Beetlestone**

_____
**WENDY BEETLESTONE, J.**